**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MELIEN DOMINIQUE,<br><br>Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | **Civil Case No.: 1:25-cv-03424-VMC-JEM**<br><br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Melien Dominique ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis") (collectively, the "Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant LexisNexis Risk Solutions Inc., in the above-captioned matter, with prejudice. The parties shall bear their own attorneys' fees and costs incurred in this action.

Respectfully submitted this December 15, 2025.

| | |
|---|---|
| *By: /s/ Moshe Boroosan* | */s/ Derin B. Dickerson* |
| Moshe Boroosan, GA Bar #744128 | Derin B. Dickerson |
| CONSUMER ATTORNEYS, PLLC | Georgia Bar No. 220620 |
| 68-29 Main Street | derin.dickerson@alston.com |
| Flushing NY 11367 | **ALSTON & BIRD LLP** |
| T: (718) 887-2926 | 1201 West Peachtree Street |
| F: (718) 247-8020 | Atlanta, GA 30309 |
| E: mboroosan@consumerattorneys.com | Telephone: 404.881.7000 |
| | |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant* |
| *Melien Dominique* | *LexisNexis Risk Solutions Inc.* |

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS, PLLC**

By: _/s/ Max Lukjanski_